United States District Court
Southern District of Texas
**ENTERED**
August 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| MARSHALL TODD WARD, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 6:20-CV-00036 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner Marshall Todd Ward has filed this *pro se* petition under 28 U.S.C. § 2254. In a Notice of Deficient Pleading mailed on June 3, 2020, Ward was notified that he must submit either the $5 filing fee or an application to proceed *in forma pauperis* and trust fund account statement (or institutional equivalent). (D.E. 5). Ward was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution. Subsequently, a notice of reassignment mailed to Ward was returned with the notation "UTF - Discharged." (D.E. 7).

Having received no response to the Notice of Deficient Pleading, the undersigned issued an order to show cause on July 27, 2020, ordering Ward to show cause within 20 days why his lawsuit should not be dismissed for want of prosecution. (D.E. 9 at 1-2). Further, the undersigned ordered him to show cause why his lawsuit should not be dismissed as moot because he had been released. (*Id.*). Ward was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of

Civil Procedure 41. (*Id.* at 2). The order was sent to Ward's last known address and again returned with the notation "UTF - Discharged." (D.E. 10). Ward does not appear in the Texas Department of Criminal Justice's online offender database. Thus, it appears that Ward has been released from prison and, regardless, he has not responded to the order to show cause.

Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with a court order. *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b). Accordingly, it is recommended that Ward's petition be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this 19th day of August, 2020.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).